UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE MARTINEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>ROBERT CUNNINGHAM; LUIS FRANCO;<br>B. CLARK; J. DOE; NEW YORK STATE<br>DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　　　　　Defendants. | 19-CV-10517 (LLS)<br><br>CIVIL JUDGMENT |

　　　Pursuant to the order issued June 24, 2020, dismissing the complaint,

　　　IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

　　　IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　June 24, 2020
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Louis L. Stanton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S.D.J.